UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGON NATIONAL INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>     v.<br><br>DAMIAN SEAVERS, and GARY SPEED,<br><br>            Defendants. | No.  2:19-cv-01413-KJM-AC<br><br><br>ORDER |

On July 9, 2020, the court adopted the magistrate judge's findings and recommendations, ECF No. 30, recommending that plaintiff Integon National Insurance Company's motion for default against Damian Seavers only be granted.  Order, ECF No. 33.  Because the effect of that order was to declare that Integon had no duty to defend or indemnify its insured, Damian Seavers, in the underlying suit, the court now ORDERS defendant Gary Speed to show cause why the court should not enter judgment and close the case.

IT IS SO ORDERED

Dated:  July 17, 2020.

CHIEF UNITED STATES DISTRICT JUDGE

1