UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGON NATIONAL INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>DAMIAN SEAVERS AND GARY SPEED,<br><br>  Defendants. | No. 2: 19-cv-01413-KJM-AC<br><br>JUDGMENT |

The Court, having granted plaintiff Integon National Insurance Company's motion for summary judgment on the complaint, hereby adjudges, declares, and decrees the following:

1. Plaintiff has no obligation under Integon National Insurance Company policy no. HOS1354575-0 to indemnify Damian Seavers against the claims made in Sacramento Superior Court action no. 34-201800227960, styled *Speed v. Seavers et al.*, or otherwise arising from the September 30, 2016 incident alleged in the complaint; and

2. Plaintiff has no obligation under Integon National Insurance Company policy no. HOS1354575-0 to defend Damian Seavers against the claims made in Sacramento Superior Court action no. 34-201800227960, styled *Speed v. Seavers et al.*, or otherwise arising from the September 30, 2016 incident alleged in the complaint.

DATED: November 13, 2020

_____
CHIEF UNITED STATES DISTRICT JUDGE